**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00721-CR

**XAVIER ALEXANDER ANDRADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-25334-H**

## ORDER

The clerk's record in this case does not contain a copy of the trial court's order appointing Leslie McFarlane to represent appellant on appeal. Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's order appointing Ms. McFarlane to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/  DAVID EVANS
    JUSTICE